# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| Francisco Vidal, et al., | Case No. 2:19-cv-01334-JAD-BNW |
| Plaintiffs, | |
| v. | **ORDER** |
| J. Lindsey, et al., | |
| Defendants. | |

The United States Postal Service has returned as undeliverable to Plaintiffs Francisco Vidal and Sandra Scharas ECF Nos. 22 and 26 in this case. (*See* ECF No. 27.) Thus, it appears that Plaintiffs are no longer at the address on file with the court (which is the same for both Plaintiffs). Under Local Rule IA 3-1,

> An attorney or pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court.

Plaintiffs must file a notice with their current address with the court by June 24, 2020. If either Plaintiff does not update his or her address by that date, the court will recommend dismissal of this case with respect to that Plaintiff. If neither Plaintiff updates their address by this date, the court will recommend dismissal of this case in its entirety.

IT IS SO ORDERED.

DATED: June 2, 2020

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE