# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| Francisco Vidal, et al., | Case No. 2:19-cv-01334-JAD-BNW |
| --- | --- |
| Plaintiffs, | |
| v. | **REPORT AND RECOMMENDATION** |
| J. Lindsey, et al., | |
| Defendants. | |

The United States Postal Service previously returned as undeliverable to Plaintiffs Francisco Vidal and Sandra Scharas ECF Nos. 22 and 26 in this case. (*See* ECF No. 27.) Accordingly, the Court ordered Plaintiffs to update their addresses with the Court by June 24, 2020. (ECF No. 28.) The Court advised Plaintiffs that if they did not update their addresses by this date, it would recommend that their case be dismissed. (*Id.*) Both Plaintiffs have failed to update their addresses with the Court.

IT IS THEREFORE RECOMMENDED that plaintiffs' case be dismissed without prejudice.

**NOTICE**

This report and recommendation is submitted to the United States district judge assigned to this case under 28 U.S.C. § 636(b)(1).  A party who objects to this report and recommendation

may file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: June 26, 2020

                                                BRENDA WEKSLER
                                                UNITED STATES MAGISTRATE JUDGE