UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Francisco Vidal,

    Plaintiff

v.

J. Lindsey, et al.,

    Defendants

Case No.: 2:19-cv-01334-JAD-BNW

**Order Adopting Report and Recommendation**

[ECF No. 33]

    Plaintiff Francisco Vidal purports to bring a class-action lawsuit on behalf of the public against various state officials, entities, and police officers. The magistrate judge has screened his complaint and recommends that I dismiss his claims to the extent they are alleged on behalf of a class because the law prevents plaintiffs who represent themselves on a pro se basis from representing others in a class-action suit.[1] Objections to that recommendation were due by December 1, 2020, and Vidal neither objected nor moved to extend that deadline. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[2]

    IT IS THEREFORE ORDERED that the Report and Recommendation **[ECF No. 33] is ADOPTED. Plaintiff's class-action allegations are struck, and to the extent his claims are purportedly brought on behalf of anyone but himself, they are DISMISSED.**

Dated: December 8, 2020

                                            U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 33 at 3–4.

[2] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).