# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Francisco Vidal,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>J. Lindsey*, et al.,*<br><br>　　　　　Defendants. | Case No. 2:19-cv-01334-JAD-BNW<br><br>**ORDER** |

　　　The United States Postal Service was unable to deliver a recent filing in this case. *See* ECF No. 46. Thus, it appears that Plaintiff is no longer at the address on file with the Court. Under Local Rule IA 3-1,

> An attorney or *pro se* party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court.

　　　Plaintiff must file a notice with his current address with the Court by **January 10, 2022**. Failure to comply with this Order will result in a recommendation to the District Judge that this case be dismissed.

　　　**IT IS SO ORDERED.**

　　　DATED: December 15, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　　　　BRENDA WEKSLER
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE