# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Francisco Vidal, | Case No. 2:19-cv-01334-JAD-BNW |
| Plaintiff, | |
| v. | **REPORT AND RECOMMENDATION** |
| J Lindsey, *et al*., | |
| Defendants. | |

On December 15, 2021, the Court ordered Plaintiff to update his address by January 10, 2022, as a recent filing was returned as undeliverable. *See* ECF Nos. 46, 47. The Court further advised Plaintiff that if he did not comply with the Court's order, the Court would recommend dismissing his case. ECF No. 47. Plaintiff has not complied with the Court's order.

**IT IS THEREFORE RECOMMENDED** that the case be dismissed without prejudice.

## NOTICE

This report and recommendation is submitted to the United States district judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: January 11, 2022.

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE